| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Phoenix Global DMCC (in Liquidation)

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☐ Other  Registration Number . Describe identifier  DMCC2774 .

   **For individual debtors:**
   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Paul James Leggett

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  United Arab Emirates

5. **Nature of the foreign proceeding**

   *Check one:*
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor  **Phoenix Global DMCC (in Liquidation)**     Case number (*if known*)_____
    Name

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
|  |  | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
|  |  | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
|  |  | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

United Arab Emirates

**Debtor's registered office:**

Mazaya Business Avenue, Tower AA1,
Number    Street

23rd Floor
P.O. Box

Dubai
City    State/Province/Region    ZIP/Postal Code

United Arab Emirates
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Dubai International Financial Centre
Number    Street

Currency House, Building 1, Level 5
P.O. Box

Dubai
City    State/Province/Region    ZIP/Postal Code

United Arab Emirates
Country

**10. Debtor's website** (URL)    _____

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| | |
|---|---|
| Debtor  Phoenix Global DMCC (in Liquidation) | Case number *(if known)*_____ |
| Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____   Paul James Leggett
Signature of foreign representative      Printed name

Executed on  _____
            MM / DD / YYYY

✗ _____   _____
Signature of foreign representative      Printed name

Executed on  _____
            MM / DD / YYYY

**14. Signature of attorney**

✗ _____   Date  _____
Signature of Attorney for foreign representative   MM / DD / YYYY

Juan J. Mendoza
Printed name

Sequor Law, P.A.
Firm name

1111 Brickell Ave Ste 1250
Number       Street

Miami                                   FL        33131
City                                    State     ZIP Code

(305) 372-8282                          jmendoza@sequorlaw.com
Contact phone                           Email address

113587                                  FL
Bar number                              State